UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Civil Case No. |
| ) | |
| 17.02377228 HELD IN BITCOIN AND ) | |
| 469123.9594 HELD IN CARDINO ) | |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

COMES NOW the United States of America, (the "United States" or the "Government"), by and through David H. Estes, Acting United States Attorney for the Southern District of Georgia, and Xavier A. Cunningham, Assistant United States Attorney, and brings this Verified Complaint for Civil Forfeiture *In Rem*, with the following allegations:

## NATURE OF THE ACTION

1. *In Rem* civil forfeiture is permissible under Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

2. The Defendant *In Rem* is subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 982 on the grounds that the Defendant Property is proceeds traceable to and/or derived from bank fraud in violation of 18 U.S.C. § 1344 and property involved in money laundering in violation of 18 U.S.C. § 1956 and/or 1957.

## THE DEFENDANT *IN REM*

3. Defendant property is approximately 17.02377228 held in Bitcoin and approximately 469123.9594 held in Cardino (Collectively, the "Defendant Property").

These assets were seized from Adan Muhamed Khurshid (hereinafter, "Khurshid") on or around August 5, 2021;

## JURISDICTION AND VENUE

4. The United States brings this action *In Rem* in its own right to forfeit the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a). This Court has *In Rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).

5. Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district.

## OVERVIEW OF THE INVESTIGATION

6. This forfeiture action stemmed from a seizure of the Defendant Property that was determined to be proceeds from an active wire fraud currently under investigation by the Federal Bureau of Investigation.

### Victim #1

7. On or about September 30, 2019, Victim #1 who resides in Pooler, Georgia, within the Southern District of Georgia, received a telephone call from a man who told him/her that he worked for the Department of Homeland Security. That individual advised Victim #1 that his/her identity had been stolen and he/she needed to provide them information in order to fix the situation. Victim #1 did not believe the caller and advised them that he/she was going to call the police. The

individual on the phone stated that they are the police and advised him/her that they will have the Pooler Police Department call them.

8. Victim #1 then received a phone call from 912-748-7333, which is the main telephone number of the Pooler Police Department. A man identifying himself only as "Sergeant" with the Pooler Police Department affirmed the story the prior caller told Victim #1.

9. On October 1, 2019, the number called back again. This time a man, who identified himself as Jason Smith, with the Department of Homeland Security, stated that an individual bought two plane tickets in his/her name from California to Afghanistan.

10. Jason Smith advised Victim #1 that he/she is a victim of identity theft. He then went on to explain that his/her named popped up as a person funding terrorism according to the Department of Homeland Security.

11. Jason Smith advised Victim #1 that in order to fix this problem, he/she must slowly close and empty all his/her bank accounts, and to transfer the money to a safe account where his/her money would be safe in the United States Treasury.

12. Victim #1 followed the Jason Smith's directions. Over the course of three weeks, Victim #1 transferred a significant amount of money to a bank account held by BMO Harris Bank. Victim #1 also sent money at an ATM using a QR code texted to him/her by the conspirators.

13. In total, from October 7 to October 11, 2019, Victim #1 transferred $448,513.32 to a BMO Harris Bank account ending in -5965.

14. The BMO Harris Bank account ending in -5965 is held in the name of MAK Lion LLC.

15. MAK Lion LLC is an Illinois limited liability company associated with Adnan Khurshid.

16. From October 8 to October 11, 2019, $459,812.75 was transferred from the BMO Harris Bank account ending in -5965 to Kraken Wallet -CWLQ held by Adnan Khurshid.

17. On October 8th, 9th, and 11th, 2019, the cash in Kraken Wallet -CWLQ was used to buy 17.25, 4.41, and 24 Bitcoin, respectively. And then on October 28, the cash in Kraken Wallet -CWLQ was used to buy 10.78 Bitcoin. The total US Dollars used for these Bitcoin purchases was $480,852.18.

18. On October 10, 2019, 26.97 Bitcoin were transferred from Kraken Wallet -CWLQ to wallet 1DoNzTNKLbRXsC1juQ96mm9oRNxNkKdkhR.

19. On October 11, 2019, 23.20 Bitcoin were transferred from Kraken Wallet -CWLQ to non-hosted wallet 13QEJs2tsR9s6UtG7THsXZkAxtWpDhYhB3.

20. On October 28, 2019, 22.40 Bitcoin were transferred to Binance Exchange wallet 15NYsL1dC3ujB6N83vHy5n18xTNN3xprsv.

21. The investigative team has learned that the BMO Harris account that received Victim #1's funds was created by Khurshid. The BMO Harris account was initially funded using a PNC Bank account that had been terminated by PNC for fraud-related activity. The investigative team has also received pictures from BMO

Harris showing Khurshid withdrawing $3,500 from BMO Harris Bank account ending in -5965.

22. The investigative team has further learned millions of dollars of transfers flowed through the now-closed PNC Bank account from May to August of 2019.

## Victim #2

23. On or about November 19, 2018, Victim #2, who resides in Port Charlotte, Florida, within the Middle District of Florida, received a telephone call from David Cooper utilizing telephone number (202) 239-2324 who told Victim #2 that he worked for the U.S. Citizenship and Immigration Services.

24. That individual advised Victim #2 that he/she was a victim of identity theft and unknown individuals from a terrorist organization assumed his/her identity and were traveling with his/her passport.

25. Victim #2 began to receive telephone calls from individuals that threatened to take away his/her social security benefits and he/she could be in danger from the terrorist organization if he/she did not cooperate with the government to bring these criminals to justice.

26. Victim #2 was told not to contact the police or tell his/her family members what was going on with his/her case due to the confidential nature of their investigation and a terrorist group.

27. Unfortunately, at the caller's direction, Victim #2 transferred a significant amount of money to a bank account held by US Bank. Victim #2 also sent money via Google Bonds.

28. In total, from November 20 to December 03, 2018, Victim #2 transferred $171,374 to US Bank account ending in -4805 with account name MAK LION, LLC.

29. On or about November 21 to December 03, 2018 approximately $380,900 was transferred via Evolve Bank account name MAK LION, LLC to Kraken Wallet - CWLQ.

### Victims #3 and #4

30. On or about November 19, 2019, Victims #3 and #4, a married couple residing in Ogden, Utah, within the Middle District of Utah, received a telephone call from Luke Wright utilizing telephone number (202) 239-2164 who told Victims #3 and #4 that they were victims of identity theft. The caller told Victim #3 that drugs were illegally being smuggled out of the country under his/her DEA number.

31. During the next couple months, Victims #3 and #4 were contacted by multiple individuals from the same organization claiming to be from different departments within government organizations (DHS, US Treasury, Immigration, and FTC).

32. Victims #3 and #4 were told to send money and were threatened with consequences affecting Victim #3's employment, professional license, and their children.

33. Victims #3 and #4 received daily telephone calls with instructions detailing where to send the money and how much money to send.

34. Victims #3 and #4 were repeatedly told they could not tell anyone, including police, family, and friends about their circumstances, or they would face further consequences.

35. Victims #3 and #4 followed the caller's directions transferred a significant amount of money to a bank account held by PNC Bank. Victims #3 and #4 also sent money via gift cards and sent cash via FedEx.

36. In total, from May 17 to August 21, 2019, Victims #3 and #4 transferred $4,581,163.00 to PNC Bank account ending in -6385 with account name MAK LION, LLC.

37. On or about May 17 to June 04, 2019, approximately $367,100 was transferred via Evolve Bank account name MAK LION, LLC to Kraken Wallet - CWLQ.

38. On or about June 05 to August 21, 2019, approximately $4,794,123 was transferred via Signature Bank account name MAK LION, LLC to Kraken Wallet - CWLQ.

39. All victims mentioned above were fraudulently induced to transfer money in violation of 18 U.S.C. § 1344 (Bank Fraud) and 18 U.S.C. § 1956 and/or 1957 (money laundering).

40. The Defendant Property has been seized pursuant to a warrant issued by a Federal Magistrate Judge in Southern District of Georgia, and thus the property is currently in Government's custody.

## PRAYER FOR RELIEF

WHEREFORE, the United States of America prays that:

A. process of a Warrant for Arrest and Notice *In Rem* be issued for the arrest of the Defendant Property;

B. that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

Respectfully submitted,

DAVID H. ESTES
ACTING UNITED STATES ATTORNEY

*/s/ Xavier A. Cunningham*

Xavier A. Cunningham
Assistant United States Attorney
New York Bar Number 5269477

P.O. Box 8970
Savannah, GA 31412
(912) 652-4422

## VERIFICATION OF COMPLAINT FOR FORFEITURE *IN REM*

I, Special Agent Douglas R. Dye with the Federal Bureau of Investigation have read the foregoing Complaint for Forfeiture *in Rem* in this action and state that its contents are true and correct to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This __12__ day of October 2021.

_____
DOUGLAS R. DYE
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION