UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:21-cv-303 |
| | ) | |
| **17.02377228 HELD IN BITCOIN ET AL,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

Plaintiff, the United States of America, has moved this Court, pursuant to Federal Rule of Civil Procedure 55, for entry of a Default Judgment and Final Order of Forfeiture against 17.02377228 held in Bitcoin and 469123.9594 held in Cardin (hereinafter, "the Defendant Property").

Plaintiff has shown that there was reasonable cause to restrain the Subject Property; that the Verified Complaint for Forfeiture *in Rem* was filed pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and 982 on the grounds that the Defendant Property is proceeds traceable to and/or derived from bank fraud in violation of 18 U.S.C. § 1344 and property involved in money laundering in violation of 18 U.S.C. §§ 1956 and/or 1957.

No person with standing is before the Court with cause to show why judgment by default should not be granted to the United States of America and against the Subject Property.  Furthermore, no person with standing is before the

Court to object to the United States' Motion for Default Judgment and Final Order of Forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The United States' Motion for Default Judgment and Final Order of Forfeiture is **GRANTED**;

2. The Subject Property are hereby forfeited to the United States of America, and all right, title, claim and interest to the Subject Property by all persons and entities are vested in the United States of America;

3. All persons and entities are forever barred from asserting a claim against the Subject Property;

4. The Federal Bureau of Investigation or an authorized designee shall make arrangements to dispose of the Subject Property according to law and regulatory procedures; and

5. The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure upon the same terms and condition as outlined in this Default Judgment and Final Order of Forfeiture.

**SO ORDERED**, this 11th day of July, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA