AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA,

  Plaintiff,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: 4:21-cv-303

17.02377228 HELD IN BITCOIN et al.,

  Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on July 11, 2022, the Court GRANTS Plaintiff's Motion for Default Judgment, Enters judgment is favor of the Government pursuant to Rule 58 of the Federal Rules of Civil Procedure upon the same terms and conditions as outlined in the Default Judgment and Final Order of Forfeiture, and Closes this case.



7/11/22

*Date*

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020